# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARMERS INSURANCE EXCHANGE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,<br><br>　　　　Defendant. | Case No.  1:20-cv-01272-DAD-SAB<br><br>ORDER REQUIRING PLAINTIFF TO EITHER DISMISS ABDU GAZALI FROM THIS ACTION OR FILE A NOTICE OF STATUS<br><br>FIVE DAY DEADLINE |

On June 16, 2020, Farmers Insurance Exchange ("Plaintiff") filed this action in the Superior Court of California, County of Kern.  On September 3, 2020, Travelers Casualty Insurance Company of America removed the matter to the Eastern District of California. According to the notice of removal, the caption of the complaint names Abdo Gazali as a defendant, and since there were no allegations included against this individual in the complaint, Plaintiff's counsel was contacted and stated that he was named in error and would be dismissed from the complaint.  (Decl. of Edmond Sung, ¶ 3, ECF No. 1-2.)

Accordingly, IT IS HEREBY ORDERED that within **five (5) days** of the date of entry of this order, Plaintiff shall either file a notice of dismissal of Abdo Gazali or a notice regarding status of Abdo Gazali in this action.

IT IS SO ORDERED.

Dated:   **September 15, 2020**

　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1