# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARMERS INSURANCE EXCHANGE, | Case No. 1:20-cv-01272-DAD-SAB |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO COMPLY WITH COURT ORDER |
| v. | |
| TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, | (ECF No. 8) |
| Defendant. | FIVE DAY DEADLINE |

On June 16, 2020, Farmers Insurance Exchange ("Plaintiff") filed this action in the Superior Court of California, County of Kern. On September 3, 2020, Travelers Casualty Insurance Company of America ("Defendant") removed the matter to the Eastern District of California. On September 15, 2020, an order issued requiring Plaintiff to either dismiss Abdu Gazali as a defendant in this action or file notice of the status of the defendant within five days. Plaintiff has not complied with or otherwise responded to the September 15, 2020 order.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir.

2000).

Accordingly, the Court HEREBY ORDERS PLAINTIFF TO SHOW CAUSE IN WRITING within five (5) days of the date of entry of this order why sanctions should not issue for the failure to comply with the September 15, 2020 order. **Plaintiff is advised that failure to comply with this order will result in the issuance of sanctions, up to and including dismissal of this action.**

IT IS SO ORDERED.

Dated:   **September 23, 2020**

UNITED STATES MAGISTRATE JUDGE